1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TROY TERRELL MCNEAL,                      1:13-cv-00217 DLB (PC)

12                      Plaintiff,            ORDER TRANSFERRING CASE TO
                                              THE UNITED STATES DISTRICT
13  vs.                                       COURT OF ARIZONA

14  FLORENCE CORRECTIONAL CENTER, et
    al.,
15
                        Defendants.
16
    _____/
17
          Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42
18
    U.S.C.  § 1983.
19
          The federal venue statute requires that a civil action, other than one based on diversity
20
    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants
21
    reside in the same state, (2) a judicial district in which a substantial part of the events or omissions
22
    giving rise to the claim occurred, or a substantial part of the property that is the subject of the action
23
    is situated, or (3) a judicial district in which any defendant may be found, if there is no district in
24
    which the action may otherwise be brought." 28 U.S.C.  §  1391(b).
25
          In this case, none of  the defendants reside in this district.  The claim arose in Pinal County,
26
    Arizona, which is in the District of Arizona.  Therefore, Plaintiff's claim should have been filed in the
27
    United States District Court of Arizona.  In the interest of justice, a federal court may transfer a
28

                                              –1–

1 complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v.

2 McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

3        Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4 District Court of Arizona.

5

6        IT IS SO ORDERED.

7   **Dated:   February 13, 2013**            **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28